UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHANIE EHMER and LORI
WILLIAMS,

        Plaintiffs,

v.                                      Case No: 6:10-cv-1575-Orl-36DAB

INFORMATION TECHNOLOGY &
DATA SOLUTIONS, INC. and CINDY
HARTIG,

        Defendants.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge David A. Baker on October 12, 2012 (Doc. 56). In the Report and Recommendation, Judge Baker recommends that the Court grant Plaintiffs Stephanie Ehmer and Lori Williams' (collectively, "Plaintiffs") Motion for Default Judgment against Information Technology & Data Solutions, Inc. ("ITDS") and Cindy Hartig ("Hartig") (collectively, "Defendants"), filed on August 28, 2012 (Doc. 55). Doc. 56, p. 4. No party has objected to the Report and Recommendation and the time to do so has expired.

On October 25, 2010, Plaintiffs initiated an action against Defendants for unpaid overtime compensation, minimum wages, and other relief pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b) ("FLSA"). Doc. 1, ¶ 5. On July 11, 2012, default was entered against Defendants pursuant to Federal Rule of Civil Procedure 55(a). *See* Doc. 54. The Court agrees with the Magistrate Judge's finding that Plaintiffs' attorneys' hourly rates and time expended in this case are reasonable. Doc. 56, p. 4. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of

the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 56) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs' Motion for Default Judgment against Defendants Information Technology & Data Solutions, Inc. and Cindy Hartig (Doc. 55) is **GRANTED**.

3. Plaintiffs are awarded damages for unpaid overtime, wages, and liquidated damages as set forth in the Report and Recommendation (Doc. 56, p. 3) in the following total amounts:

    a. Plaintiff Stephanie Ehmer: $10,473.00

    b. Plaintiff Lori Williams: $12,187.50

    c. Plaintiff Kathy Wilde: $2,040.00

    d. Plaintiff Stanley Bowman: $1,160.00

    e. Plaintiff Margaret Mitchell: $15,000.00

    f. Plaintiff Joseph Pendarvis: $1,672.76.

4. Plaintiffs are also awarded $8,145.00 in attorneys' fees and $470.00 in costs.

5. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 7, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge David A. Baker